UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:11-00009 |
| | ) | JUDGE CAMPBELL |
| JOHN WAYNE LAWRENCE, JR. | ) | |

## ORDER

Pending before the Court is a Motion to Move Status Conference (Docket No. 32). The Motion is GRANTED.

The status conference scheduled for July 30, 2012, at 8:15 a.m. is RESCHEDULED for July 30, 2012, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE