UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:11-00009 |
| | ) | JUDGE CAMPBELL |
| JOHN WAYNE LAWRENCE, JR. | ) | |

## ORDER

The change of plea hearing and/or pretrial conference scheduled for April 22, 2013, is RESCHEDULED for May 1, 2013, at 10:30 a.m. The trial remains scheduled for May 7, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE