UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:11-00009 |
| | ) | JUDGE CAMPBELL |
| JOHN WAYNE LAWRENCE, JR. | ) | |

## ORDER

Pending before the Court is Defendant's Motion for Leave to Adopt the Government's Proposed Jury Instructions and Verdict Form (Docket No. 58). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE